Decided September 20, 2005

## STATE OF CONNECTICUT *v.* GARY STRAUB

*Alice Osedach*, assistant public defender, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided September 20, 2005

## MARIA FERNANDES *v.* EYVIND RODRIGUEZ ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 601 (AC 24843), is denied.

*Eyvind Rodriguez*, pro se, in support of the petition.

*Albert A. Lochiatto*, in opposition.

Decided September 20, 2005

## STATE OF CONNECTICUT *v.* KEVIN HOLMES

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 544 (AC 25027), is denied.